UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL WATCHMAN, INC., | ) CASE NO. 1:19-CV-02310 |
| | ) |
| Plaintiff, | ) JUDGE J. PHILIP CALABRESE |
| | ) MAGISTRATE JUDGE DAVID A. RUIZ |
| v. | ) |
| | ) |
| BARTON WATCHBANDS HOLDCO, LLC, *et al.*, | ) REPORT AND RECOMMENDATION |
| | ) |
| | ) |
| Defendants. | ) |

On March 19, 2021, this matter was referred to the undersigned to manage discovery involving third parties consistent with the Court's March 19, 2021 minute order. On May 28, 2021, Defendant Barton Watchbands Holdco, LLC ("Barton") filed a Motion and Memorandum in Support moving this Court to extend the third-party discovery deadline by forty-five days from May 31, 2021, until July 15, 2021. (R. 75). The Motion describes Barton's efforts to subpoena third parties within the timeframe previously established as well as the reasons for requesting the discovery. Barton's Motion is unopposed and demonstrates good cause for this extension. The requested extension will not affect other case management dates.

Therefore, the undersigned recommends that the Court grant the Motion and extend the deadline for completion of third-party discovery until July 15, 2021.

Dated: June 8, 2021

s/ *David A. Ruiz*
David A. Ruiz
United States Magistrate Judge

**OBJECTIONS**

Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days after the party objecting has been served with a copy of this Report and Recommendation. 28 U.S.C. § 636(b)(1). Failure to file objections within the specified time may forfeit the right to appeal the district court's order. *See Berkshire v. Beauvais*, 928 F. 3d 520, 530-31 (6th Cir. 2019); *See also United States v. Walters*, 638 F.2d 947 (6th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).